**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

FORT LAUDERDALE DIVISION
Case No.: 09-61596-CIV-COHN/SELTZER

_____

LUCY MAYORGA, et al.,

       Plaintiffs,

v.

AIRBUS S.A.S., a foreign corporation,
and AIRBUS INDUSTRIE G.I.E., a
foreign corporation,

       Defendants.

_____

## DEFENDANT AIRBUS S.A.S.'S CORPORATE DISCLOSURE STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Airbus S.A.S.

hereby makes the following disclosures:

    Airbus S.A.S. is 100% owned by EADS N.V., which is publicly traded on European

stock exchanges.  Airbus S.A.S. has no other publicly traded affiliates.

Dated: December 31, 2009.

                 Respectfully submitted,

                 Alvin F. Lindsay
                 HOGAN & HARTSON LLP
                 1111 Brickell Avenue
                 Suite 1900
                 Miami, Florida 33131
                 (305) 459-6633
                 COUNSEL FOR AIRBUS S.A.S.

                 By    s/ Alvin F. Lindsay
                      Alvin F. Lindsay
                      Florida Bar No. 939058

**OF COUNSEL:**

Thad T. Dameris, Esq. (admission *pro hac vice* pending)
TDameris@hhlaw.com
Trevor R. Jefferies, Esq. (admission *pro hac vice* pending)
TRJefferies@hhlaw.com
Christopher Odell, Esq. (admission *pro hac vice* pending)
CMOdell@hhlaw.com
Joshua J. Newcomer (admission *pro hac vice* pending)
JJNewcomer@hhlaw.com

HOGAN & HARTSON LLP
700 Louisiana Street, Suite 4300
Houston, Texas 77002
Tel.:  (713) 632-1400
Fax:  (713) 583-6297

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 31st day of December 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing via CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

   s/ Alvin F. Lindsay
Alvin F. Lindsay
