FILED by RAL D.C.
INTAKE

JAN 0 4 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

FILING FEE
PAID $300.00
Pro hac Vice 014489-10
Steven M. Larimore, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
- 014491 - 014492
FORT LAUDERDALE DIVISION
014490
Case No.: 09-61596-CIV-COHN/SELTZER

LUCY MAYORGA, et al.,

    Plaintiffs,

v.

AIRBUS S.A.S., a foreign corporation,
and AIRBUS INDUSTRIE G.I.E., a
foreign corporation,

    Defendants.

_____

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE ELECTRONICALLY NOTICES OF ELECTRONIC FILINGS

In accordance with to Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the limited admission of Thad T. Dameris, Trevor R. Jefferies, Christopher M. Odell, and Joshua J. Newcomer, of the law firm of Hogan & Hartson LLP, for purposes of representing in all respects Defendant Airbus S.A.S. in the above-styled action. Pursuant to Rule 2.B, Southern District of Florida, CM/ECF Administrative Procedures, undersigned further moves to permit Thad T. Dameris, Trevor R. Jefferies, Christopher M. Odell, and Joshua J. Newcomer to receive electronic filings in this action. In support thereof, the undersigned states as follows:

    1.    The law firm of Hogan & Hartson LLP is counsel for Defendant Airbus S.A.S.

2.      Thad T. Dameris and Trevor R. Jefferies are each partners resident in the Houston, Texas office of Hogan & Hartson LLP who are not admitted to practice in the Southern District of Florida. Christopher M. Odell and Joshua J. Newcomer are each associate attorneys resident in the Houston, Texas office of Hogan & Hartson LLP who are not admitted to practice in the Southern District of Florida. As confirmed by the accompanying certifications, each satisfy all conditions for limited appearance set forth by Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida. An appearance fee of $75 for each applicant is submitted herewith.

3.      The undersigned filing attorney, Alvin F. Lindsay, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, and he maintains an office in this State for the practice of law. By his signature below, Mr. Lindsay provides written consent to be designated as the member of the Bar of this Court who: (1) is authorized to file through the Court's electronic filing system; (2) this Court and counsel may readily communicate with regarding the conduct of the case; (3) filings shall be served upon; (4) shall electronically file all documents and things that may be filed electronically; and (5) shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. S.D. Fla. Admin. R. 4.B.3.

4.      Finally, Thad T. Dameris, Trevor R. Jefferies, Christopher M. Odell, and Joshua J. Newcomer, by and through designated counsel and pursuant to Section 2.B, Southern District of Florida, CM/ECF Administrative Procedures, hereby request the Court to provide Notices of Electronic Filings to each of them at the following email addresses:

Thad T. Dameris:   TDameris@hhlaw.com

Trevor R. Jefferies:   TRJefferies@hhlaw.com

Christopher M. Odell: CMOdell@hhlaw.com

Joshua J. Newcomer: JJNewcomer@hhlaw.com

WHEREFORE, Alvin F. Lindsay, as the designated member of this Court's bar, respectfully requests that this Honorable Court enter the attached Order permitting Thad T. Dameris, Trevor R. Jefferies, Christopher M. Odell, and Joshua J. Newcomer to appear before this Court and participate for all purposes relating to the proceedings in the above-captioned proceeding on behalf of Defendant Airbus S.A.S. and further directing the Clerk of the Court to provide Notices of Electronic Filings to Thad T. Dameris, Trevor R. Jefferies, Christopher M. Odell, and Joshua J. Newcomer.

Dated: January 4, 2010.

Respectfully submitted,

Alvin F. Lindsay
HOGAN & HARTSON LLP
1111 Brickell Avenue
Suite 1900
Miami, Florida 33131
305. 459.6633 (tel)
305.459.6550 (fax)
COUNSEL FOR AIRBUS S.A.S.

By _____
Alvin F. Lindsay
Florida Bar No. 939058

**OF COUNSEL:**

Thad T. Dameris, Esq. (admission *pro hac vice* pending)
TDameris@hhlaw.com
Trevor R. Jefferies, Esq. (admission *pro hac vice* pending)
TRJefferies@hhlaw.com
Christopher Odell, Esq. (admission *pro hac vice* pending)
CMOdell@hhlaw.com
Joshua J. Newcomer (admission *pro hac vice* pending)
JJNewcomer@hhlaw.com

HOGAN & HARTSON LLP
700 Louisiana Street, Suite 4300
Houston, Texas 77002
Tel.: (713) 632-1400
Fax: (713) 583-6297

## CERTIFICATE OF THAD T. DAMERIS

By my signature below, I certify: (1) that I am an attorney licensed to practice law in the State of Texas, and am a member in good standing of the following courts: United States District Courts for the Southern, Northern, Eastern, and Western Districts of Texas; United States District Courts for the District of Arizona; United States Courts of Appeals for the Fifth, Eighth, and District of Columbia Circuits; and United States Supreme Court; (2) that I do not reside in the Southern District of Florida; (3) that I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (4) that I do not engage in a "general practice in this District" as defined by Rule 4.B.2 of the Special Rules Governing the Admission and Practice of Attorneys of the Southern District of Florida.

Dated: December 31, 2009.

_____
Thad T. Dameris
Texas Bar No. 05345700

## CERTIFICATE OF TREVOR R. JEFFERIES

By my signature below, I certify: (1) that I am an attorney licensed to practice law in the State of Texas, and am a member in good standing of the following courts: United States District Courts for the Southern, Northern, Eastern, and Western Districts of Texas; and United States Court of Appeals for the Fifth Circuit; (2) that I do not reside in the Southern District of Florida; (3) that I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (4) that I do not engage in a "general practice in this District" as defined by Rule 4.B.2 of the Special Rules Governing the Admission and Practice of Attorneys of the Southern District of Florida.

Dated: December 31, 2009.

*/s/ Trevor R. Jefferies*
Trevor R. Jefferies
Texas Bar No. 00790963

## CERTIFICATE OF CHRISTOPHER M. ODELL

By my signature below, I certify: (1) that I am an attorney licensed to practice law in the State of Texas, and am a member in good standing of the following courts: United States District Courts for the Southern and Eastern Districts of Texas; and United States Court of Appeals for the Fifth Circuit; (2) that I do not reside in the Southern District of Florida; (3) that I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (4) that I do not engage in a "general practice in this District" as defined by Rule 4.B.2 of the Special Rules Governing the Admission and Practice of Attorneys of the Southern District of Florida.

Dated: December 31, 2009.

_____
Christopher M. Odell
Texas Bar No. 24037205

## CERTIFICATE OF JOSHUA J. NEWCOMER

By my signature below, I certify: (1) that I am an attorney licensed to practice law in the State of Texas, and am in good standing in the courts of the State of Texas; (2) that I do not reside in the Southern District of Florida; (3) that I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (4) that I do not engage in a "general practice in this District" as defined by Rule 4.B.2 of the Special Rules Governing the Admission and Practice of Attorneys of the Southern District of Florida.

Dated: ~~December~~ January 4, 2010.

Joshua J. Newcomer
Texas Bar No. 24060329

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January 2010, a true-and-correct copy of the foregoing was served by first-class mail to: Theodore Leopold, Esq. and Adam J. Langino, Esq., Leopold Kuvin, P.A., 2925 PGA Boulevard, Suite 200, Palm Beach Gardens, Florida 33410.

_____
Alvin F. Lindsay

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION
Case No.: 09-61596-CIV-COHN/SELTZER

LUCY MAYORGA, et al.,

    Plaintiffs,

v.

AIRBUS S.A.S., a foreign corporation,
and AIRBUS INDUSTRIE G.I.E., a
foreign corporation,

    Defendants.

**ORDER ON MOTION FOR LIMITED APPEARANCE,
CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE
ELECTRONICALLY NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Limited Appearance, Consent to Designation, and Request to Receive Electronically Notices of Electronic Filings, pursuant to Rule 4.B. of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Thad T. Dameris, Trevor R. Jefferies, Christopher M. Odell, and Joshua J. Newcomer in this matter, and request to receive electronically Notices of Electronic Filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation, and Request to Receive Electronically Notices of Electronic Filings is GRANTED. Thad T. Dameris, Trevor R. Jefferies, Christopher M. Odell, and Joshua J. Newcomer are permitted to appear and participate for all purposes relating to the proceedings in the above-captioned proceeding on behalf of Defendant Airbus S.A.S.

It is FURTHER ORDERED that:

The Clerk of the Court shall provide Notices of Electronic Filings to:

Thad T. Dameris: TDameris@hhlaw.com

Trevor R. Jefferies: TRJefferies@hhlaw.com

Christopher M. Odell: CMOdell@hhlaw.com

Joshua J. Newcomer: JJNewcomer@hhlaw.com

DONE AND ORDERED in Chambers this ____ day of January, 2010.

_____
United States District Judge

Copies furnished to:
    All Counsel of Record