**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

FORT LAUDERDALE DIVISION
Case No.: 09-61596-CIV-COHN/SELTZER

LUCY MAYORGA, et al.,
    Plaintiffs,

v.

AIRBUS S.A.S., a foreign corporation,
and AIRBUS INDUSTRIE G.I.E., a
foreign corporation,

    Defendants.

## Joint Report of the Parties' Planning Meeting

Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Order dated January 28, 2010 (the "Order"), Plaintiffs Lucy Mayorga, Adriana Moravcik, and Milan Moravcik and Defendant Airbus S.A.S. (f/k/a Airbus Industrie G.I.E.) submit this Joint Report of the Parties' Planning Meeting and state as follows:

(1) <u>Planning Meeting</u>:  In compliance with the Court's Order, counsel for the following parties participated in a telephonic Rule 26(f) conference on February 22, 2010:  (i) Lucy Mayorga; (ii) Adriana Moravcik; (iii) Milan Moravcik; and (iv) Airbus S.A.S.

(2) <u>Settlement</u>:  The parties do not believe that settlement is likely at this time.  The parties will continue to explore settlement as the case progresses.

(3) <u>Initial Disclosures</u>:  The parties will complete the initial disclosures required by Rule 26(a)(1) by March 31, 2010.

(4) <u>Discovery Plan</u>:  The parties respectfully request that the Court extend the deadlines set forth in the Court's Order Setting Calendar Call and Trial Date dated October 7, 2009, and propose the following agreed dates:

    (a) The parties shall join any additional parties by May 1, 2010.

    (b) The parties shall complete fact discovery by December 1, 2010.

    (c) The parties shall complete expert discovery by June 1, 2011.

    (d) The parties shall file dispositive motions by June 28, 2011.

    (e) The parties will be ready for Calendar Call on or after August 25, 2011.

    (f) The parties will be ready for Trial during the two-week trial period commencing on September 13, 2011.

(5) <u>Preservation of Information</u>:  Airbus S.A.S. has issued a litigation hold and is providing the Plaintiffs with a list of departments to which the litigation hold has been issued, as well as a list of issues defining the electronically stored information that is to be preserved.

(6) <u>Disclosure of Electronically Stored Information</u>:  The parties have agreed to produce all documents in TIFF format with either a Concordance or Summation load file, as requested by the other party.  Thereafter, if a party has a good-faith basis for requesting that a document be produced in native format (for example, if relevant information would otherwise be unreadable), or that the metadata for a particular document be produced (for example, if the creation date is disputed), the parties will work together to resolve such request.  If the parties cannot agree as to whether a good-faith basis exists, then the parties will seek a determination from the Court.

(7) <u>Attorney-Client Privilege/Work-Product Protection</u>:  The parties agree that the inadvertent production of privileged materials will not constitute a waiver of privilege as to the parties or any third party.  If the producing party realizes the disclosure, it may request the return

Case No.: 09-61596-CIV-COHN/SELTZER

of the document(s), and the other party must comply and return all copies of the document(s) and refrain from any further use of the information contained in the document(s).  If there is a good-faith dispute as to the validity of the claim of privilege, the parties shall comply with the procedures set forth in Federal Rule of Civil Procedure 26(b)(5)(B).  The parties respectfully request that the Court issue an Order as contemplated by Federal Rule of Evidence 502(d) that would preclude any party or third party from asserting that any such inadvertent disclosure constitutes a waiver in this proceeding, or any other Federal or State proceeding.

    (8)    <u>Confidentiality Agreement</u>:  The parties have agreed to enter into a Confidentiality Agreement, and will provide same to the Court in the form of an Agreed Order.  In turn, the parties respectfully request that the Court issue the Agreed Order that will apply to the parties or any third party.

    (9)    <u>Trial</u>:  The parties do not consent to a trial before a Magistrate Judge.

Case No.: 09-61596-CIV-COHN/SELTZER

Dated: February 25, 2010

Respectfully submitted,

| **LEOPOLD~KUVIN, P.A.** | **HOGAN & HARTSON LLP** |
|---|---|
| By:    s/Theodore Leopold | By:    s/Alvin F. Lindsay |
| Theodore Leopold | Alvin F. Lindsay (FBN 939056) |
| Florida Bar No. 705608 | AFLindsay@hhlaw.com |
| Adam J. Langino, Esq. | HOGAN & HARTSON LLP |
| Florida Bar No. 031368 | 1111 Brickell Avenue, Ste. 1900 |
| LEOPOLD~KUVIN, P.A. | Miami, Florida 33131 |
| 2925 PGA Blvd. | Tel.: (305) 459-6500 |
| Suite 200 | Fax: (305) 459-6550 |
| Palm Beach Gardens, FL 33410 | |
| Tel.: (561) 515-1400 | Thad T. Dameris, Esq. (*pro hac vice*) |
| Fax: (561) 515-1401 | TDameris@hhlaw.com |
| | Trevor R. Jefferies, Esq. (*pro hac vice*) |
| *Attorneys for Plaintiffs* | TRJefferies@hhlaw.com |
| | Christopher M. Odell, Esq. (*pro hac vice*) |
| | CMOdell@hhlaw.com |
| | Joshua J. Newcomer, Esq. (*pro hac vice*) |
| | JJNewcomer@hhlaw.com |
| | HOGAN & HARTSON LLP |
| | 700 Louisiana Street, Suite 4300 |
| | Houston, TX 77002 |
| | Tel.: (713) 632-1400 |
| | Fax: (713) 583-6297 |
| | |
| | *Attorneys for Airbus S.A.S.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2010, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, and was served upon counsel of record and all parties to this proceeding by electronic notification.

s/ Alvin F. Lindsay