UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61596-CIV-COHN/SELTZER

LUCY MAYORGA, individually,
ADRIANA MORAVCIK and
MILAN MORAVCIK, individually,
and as husband and wife,

    Plaintiffs,

vs.

AIRBUS S.A.S., a foreign corporation,
and AIRBUS INDUSTRIE G.I.E, a
foreign corporation,

    Defendants.
_____/

## SCHEDULING ORDER

THIS CAUSE is before the Court on the Scheduling Conference held on February 25, 2010, before the undersigned. Trial in this cause is set for the two-week trial period commencing September 7, 2010. In addition to the deadlines set by the Honorable James I. Cohn, United States District Judge, the following pretrial deadlines are hereby set in this matter. To the extent that this Order conflicts with the Local Rules, this Order supersedes the Local Rules.

| | |
|---|---|
| Parties Exchange Rule 26(a) Disclosures | March 31, 2010 |
| Joinder of Parties and Amendment of Pleadings | May 3, 2010 |
| Fact Discovery Completed | June 1, 2010 |
| Expert Discovery Completed | June 25, 2010 |

| | |
|---|---|
| Dispositive Pretrial Motions and Motions to Exclude or Limit Expert Testimony | July 9, 2010 |
| Mediation Completed | August 6, 2010 |
| Motions in Limine | August 20, 2010 |
| Responses to Motions in Limine, Joint Pretrial Stipulation, and Designation of Deposition Excerpts for Trial | August 30, 2010 |
| Submission of Voir Dire Questions and Objections to Deposition Designations[1] | Day of Calendar Call (September 2, 2010) |

**Failure to timely file a joint pretrial stipulation will lead to the dismissal of the action or the striking of defenses as appropriate.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 25th day of February 2010.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All counsel of record and
unrepresented parties

---

[1] Prior to the filing of any objections to deposition designations, the parties must confer in an effort to reduce or eliminate these objections.