UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61596-CIV-COHN/BSS

LUCY MAYORGA, ADRIANA MORAVCIK, MILAN MORAVCIK
        Plaintiffs

vs.

AIRBUS S.A.S AND AIRBUS INDUSTRIE G.I.E
        Defendants

FILED by _____ D.C.

FEB 25 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

========================================================================

MAGISTRATE JUDGE: BARRY S. SELTZER

DEPUTY CLERK:     AARON TIJERINO

COURT REPORTER: D.A.R. 14:05:33     BSS-10-11

DATE:  02/25/10  TIME: 2:00 P.M. TO 2:30 P.M.

TYPE OF HEARING: CIVIL SCHEDULING CONFERENCES

========================================================================

COUNSEL: THEODORE J. LEOPOLD, ALISA BRODKOWITZ, LESLIE BRUECKNER, MELANIE HIRSCH, AND MICHAEL WITHEY FOR PLAINTIFFS

    ALVIN F. LINDSAY, III CHRISTOPHER M. ODELL, JOSHUA J. NEWCOMER, THAD T. DAMERIS AND TREVOR R. JEFFERIES   FOR DEFENDANTS

REMARKS: Scheduling Order to follow.

{5 mins}

SCANNED