IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO:  09-61596-CIV-COHN/SELTZER

LUCY MAYORGA, Individually, ADRIANA
MORAVCIK and MILAN MORAVCIK, Individually,
and as husband and wife,

        Plaintiffs,

vs.

AIRBUS S.A.S., a foreign corporation,  and AIRBUS
INDUSTRIE G.I.E., a foreign corporation,

        Defendants.
_____/

## NOTICE OF MEDIATOR DESIGNATION

Pursuant to the Joint Scheduling Order entered in this matter, the parties have agreed that Rodney Max of Upchurch, Watson, White & Max as the Mediator in the above matter.  The parties will agree on a date for the mediation to take place.

Respectfully submitted,

s/ Theodore J. Leopold
THEODORE J. LEOPOLD, ESQ. (FBN:705608)
Email: tleopold@leopoldkuvincom
LEOPOLD KUVIN, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone:  (561) 515-1400
Facsimile:  (561) 515-1401

**CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served by CM/ECF on all counsel or parties of record on the attached service list on this 19th day of March, 2010.

s/ Theodore J. Leopold
THEODORE J. LEOPOLD, ESQ. (FBN:705608)

## SERVICE LIST

**Mayorga v. Airbus**
**Case No: 09-61596-CIV-COHN/SELTZER**
**United States District Court, Southern District of Florida**

Alisa Brodkowitz, Esq.
Attorney For: Plaintiffs
81 Vine Street, Suite 202
Seattle, WA  98121
Phone: (206) 838-7531
Fax: (206) 838-7532

Alvin F. Lindsay, Esq.
Trevor Jeffries, Esq.
Attorney For: Airbus
Hogan & Hartson, LLP
1111 Brickell Avenue, Suite 1900
Miami, FL  33131
Phone: (305) 459-6633
Fax: (305) 459-6550

Thad T. Dameris, Esq.
Attorney For: Airbus
700 Louisiana Street, Suite 4300
Houston, TX  77002
Phone: (713) 632-1400
Fax: (713) 583-6297

Michael Withey, Esq.
Attorney For: Plaintiffs
601 Union Street, Suite 4200
Seattle, WA  98101
Phone: (206) 405-1800
Fax: (206) 793-7216

Leslie Brueckner, Esq.
Melanie Hirsch, Esq.
Attorney For: Plaintiffs
555 Twelfth Street, Suite 1620
Oakland, CA  94607
Phone: (510) 622-8205
Fax: (510) 622-8155