IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  09-61596-CIV-COHN/SELTZER

LUCY MAYORGA, Individually, ADRIANA
MORAVCIK and MILAN MORAVCIK, Individually,
and as husband and wife,

     Plaintiffs,

vs.

AIRBUS S.A.S., a foreign corporation,  and AIRBUS
INDUSTRIE G.I.E., a foreign corporation,

     Defendants.

_____/

## PLAINTIFFS' INITIAL DISCLOSURE PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Federal Rule of Civil Procedure 26(a)(1), and S.D. Fla. Local Rule 26.1, Plaintiffs, **LUCY MAYORGA**, individually and **ADRIANA MORAVCIK**, and **MILAN MORAVCIK**, individually, and as husband and wife, hereby provide to Defendant the following initial disclosures.  These initial disclosure are based solely on the information available to Plaintiffs, at the present time based on a reasonable search, and are made without prejudice to Plaintiffs right to present additional evidence, including, but not limited to, evidence obtained through discovery or through continued investigation in this action or any future filing or proceeding, including, but not limited, at trial.  Plaintiffs accordingly reserve the right to supplement or amend these initial disclosures in the future.

Information or materials protected by the attorney-client privilege and/or the work product doctrine will not be disclosed as a part of these initial disclosures.  Plaintiff reserve the

right to object in this action or any other action to the production and/or introduction into evidence of these disclosures, any document within the categories described below and/or testimony by way of disclosed witnesses on any proper ground, and reserve the right to object on any proper ground to any discovery request or proceeding involving or relating to the subject matter of these disclosures.

## I.     IDENTIFICATION OF INDIVIDUALS

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Plaintiffs identify the following individuals likely to have discoverable information that it may use to support is prosecution in this case, and the general subject matter of that information.  By providing a general subject matter for each individual listed below, Plaintiffs do not limit in any way its right to depose such individuals on other relevant topics and/or to call them to testify on other relevant topics.

1.     Lucy Mayorga a/k/a Luz Marina Mayorga
       10 Yockus Lane
       Bordentown, NJ 08505

2.     Adriana Moravcik
       53 Croyden Lane
       Hicksville, NY 11801

3.     Milan Moravcik
       53 Croyden Lane
       Hicksville, NY 11801

4.     Jackie Heist.

Ms. Jackie Heist was a flight attendant on the subject flight.  She is expected to testify regarding the subject flight, Plaintiffs' injuries, damages, including pre-injury status and her observations of Plaintiffs after the injury causing event, including pain, suffering, disability, loss of enjoyment of life, and the impact of Plaintiffs' injuries on their daily life, and other damages issues.

5.      Robert Berke

Mr. Robert Berk was a pilot on the subject flight.  He is expected to testify regarding the subject flight, Plaintiffs' injuries, damages, including pre-injury status and his observations of Plaintiffs after the injury causing event, including pain, suffering, disability, loss of enjoyment of life, and the impact of Plaintiffs' injuries on their daily life, and other damages issues.

6.      Kevin Ryan

Mr. Kevin Ryan was a pilot on the subject flight.  He is expected to testify regarding the subject flight, Plaintiffs' injuries, damages, including pre-injury status and his observations of Plaintiffs after the injury causing event, including pain, suffering, disability, loss of enjoyment of life, and the impact of Plaintiffs' injuries on their daily life, and other damages issues.

7.      Martha Mayorga
        101 Willow Street
        Roslyn Heights, NY 11577

Mrs. Martha Mayorga is Lucy Mayorga's sister.  She is expected to testify regarding Lucy's injuries, damages, including Lucy's pre-injury status and her observations of Lucy after the injury causing event, including pain, suffering, disability, loss of enjoyment of life, and the impact of Lucy's injuries on her daily life, and other damages issues.

8.      Carmen Mayorga
        94-04 133rd Street
        Richmond Hill, NY 11419

Mrs. Carmen Mayorga is Lucy Mayorga's sister.  She is expected to testify regarding Lucy's injuries, damages, including Lucy's pre-injury status and her observations of Lucy after the injury causing event, including pain, suffering, disability, loss of enjoyment of life, and the impact of Lucy's injuries on her daily life, and other damages issues.

9.      Kirsten Parrish

2117 Bon Villa Way
Tega Cay, SC 29709

Ms. Kirsten Parrish is Lucy Mayorga's friend.  She is expected to testify regarding Lucy's injuries, damages, including Lucy's pre-injury status and her observations of Lucy after the injury causing event, including pain, suffering, disability, loss of enjoyment of life, and the impact of Lucy's injuries on her daily life, and other damages issues.

    10.     Peter Banaszak
              94-87th Regency Square Court
              Jacksonville, FL 32225

Mr. Peter Banaszak is Lucy Mayorga's friend. He is expected to testify regarding Lucy's injuries, damages, including Lucy's pre-injury status and her observations of Lucy after the injury causing event, including pain, suffering, disability, loss of enjoyment of life, and the impact of Lucy's injuries on her daily life, and other damages issues.

    11.     Nancy McGuiness
              4 Jesse Drive,
              North port, NY 11768

Ms. Nancy McGuiness is Lucy Mayorga's friend.  She was a flight attendant on the subject flight and a friend.  She is expected to testify regarding the subject flight, Plaintiffs' injuries, damages, including pre-injury status and her observations of Plaintiffs after the injury causing event, including pain, suffering, disability, loss of enjoyment of life, and the impact of Plaintiffs injuries on their daily life, and other damages issues.

    12.     North Ridge Medical Center
              5757 North Dixie Highway
              Oakland Park, FL 33334-4135

Lucy Mayorga treated at the above facility.  A representative of the facility may be called to testify regarding Lucy Mayorga's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

13.    Robert Coben, M.D.
       Neuro Rehabilitation & Neuropsychological Services
       1035 Park Blvd, Suite 2B
       Massapequa Park, NY 11762

Lucy Mayorga treated at the above facility.  A representative of the facility may be called to testify regarding Lucy Mayorga's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

14.    Jacqueline Moline, M.D.
       Mount Sinai Hospital
       345 East 102nd Street, Suite 215
       New York, NY 10029

Lucy Mayorga treated at the above facility.  A representative of the facility may be called to testify regarding Lucy Mayorga's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

15.    Elizabeth Vereghese, M.D.
       Stonybrook Psychiatric Associates
       2500 Nesconset Highway
       Stonybrook, NY 11790

Lucy Mayorga treated at the above facility.  A representative of the facility may be called to testify regarding Lucy Mayorga's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

      16.    Michael Lefkowitz, M.D.
               Long Island Neurosurgical Associates
               410 Lakeville Road, Suite 205
               New Hyde Park, NY 11042

Lucy Mayorga treated at the above facility.  A representative of the facility may be called to testify regarding Lucy Mayorga's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

      17.    Jill Bressler, M.D.
               237 Jericho Turnpike
               Syosset, NY 11791

Lucy Mayorga treated at the above facility.  A representative of the facility may be called to testify regarding Lucy Mayorga's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

      18.    North Shore University Hospital
               300 Community Drive
               Manhasset, NY 11030

Lucy Mayorga treated at the above facility.  A representative of the facility may be called to testify regarding Lucy Mayorga's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

19.     All County Open MRI
        1390 Hempstead Turnpike
        Elmont, NY 11003

Lucy Mayorga treated at the above facility.  A representative of the facility may be called to testify regarding Lucy Mayorga's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

20.     Nassau Radiologic Group
        410 Lakeville Road, Suite 301 B
        Lake Success, NY 11042

Lucy Mayorga treated at the above facility.  A representative of the facility may be called to testify regarding Lucy Mayorga's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

21.     David Edelson, M.D.
        Adam Bard, M.D.
        North Shore Primary Care
        1165 Northern Boulevard
        Manhasset, NY 11030-3048

Lucy Mayorga treated at the above facility.  A representative of the facility may be called to testify regarding Lucy Mayorga's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

22.     Irving Selikoff, M.D.
        Center for Occupational & Environmental Medicine
        1212 Fifth Avenue, Suite 1A
        New York, NY 10029

Lucy Mayorga treated at the above facility.  A representative of the facility may be called to testify regarding Lucy Mayorga's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

23.     Enzo Clinical Lab
        60 Executive Boulevard
        Roselyn, NY 11576

Lucy Mayorga treated at the above facility.  A representative of the facility may be called to testify regarding Lucy Mayorga's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

24.     Andrew Porgress, M.D.
        1044 Northern Boulevard
        Roselyn, NY 11576

Lucy Mayorga treated at the above facility.  A representative of the facility may be called to testify regarding Lucy Mayorga's pre and/or post-injury status, the effect of her injuries on her

health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

25.     North Ride Medical Center
        5757 North Dixie Highway
        Oakland Park, FL 33334

Adriana Moravcik treated at the above facility.  A representative of the facility may be called to testify regarding Adriana Moravcik's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

26.     Jacqueline Moline, M.D.
        Mount Sinai Hospital
        345 West 102nd Street, Suite 215
        New York, NY 10029

Adriana Moravcik treated at the above facility.  A representative of the facility may be called to testify regarding Adriana Moravcik's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

27.     Mark Grusensky, M.D.
        2171 Jericho Turnpike, Suite 210
        Commack, NY 11725

Adriana Moravcik treated at the above facility.  A representative of the facility may be called to testify regarding Adriana Moravcik's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical

treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

28.   Jed Hantverk, M.D.
      123 Stewart Avenue
      Hicksville, NY 11801

Adriana Moravcik treated at the above facility.  A representative of the facility may be called to testify regarding Adriana Moravcik's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

29.   Jill Bressler, M.D.
      237 Jericho Turnpike
      Syosset, NY 11791

Adriana Moravcik treated at the above facility.  A representative of the facility may be called to testify regarding Adriana Moravcik's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

30.   Denise Harrison, M.D.
      Bellevue/NYU Occupational & Environmental Medicine
      Bellevue Hospital Center
      First Avenue & 27th Street, Room CD 349
      New York, NY 10016

Adriana Moravcik treated at the above facility.  A representative of the facility may be called to testify regarding Adriana Moravcik's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical

treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

31.   Linda Cocchiarella, M.D.
        Occupational & Environmental Health Center
        3001 Expressway Drive North, Suite 200 A
        Islandia, NY 11762

Adriana Moravcik treated at the above facility.  A representative of the facility may be called to testify regarding Adriana Moravcik's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

32.   Robert Coben, M.D.
        Neuro Rehabilitation & Neuropsychological Services
        1035 Park Blvd, Suite 2B
        Massapequa Park, NY 11762

Adriana Moravcik treated at the above facility.  A representative of the facility may be called to testify regarding Adriana Moravcik's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

33.   Salvatore Corso, M.D.
        205 Froehlich Farm Blvd.
        Woodbury, NY 11797

Adriana Moravcik treated at the above facility.  A representative of the facility may be called to testify regarding Adriana Moravcik's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical

treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

      34.     Sabino Augello, M.D.
                   2001 Marcus Avenue, Suite N-18
                   New Hyde Park, NY 11042

Adriana Moravcik treated at the above facility.  A representative of the facility may be called to testify regarding Adriana Moravcik's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

      35.     Robert Harrison, M.D.
                   UCSF Occupational Health Services
                   2380 Sutter Street, 3rd Floor
                   San Francisco, CA 94115

Adriana Moravcik treated at the above facility.  A representative of the facility may be called to testify regarding Adriana Moravcik's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

      36.     Victor Basbus, MD.
                   33-5th Avenue
                   New York, NY 10003

Adriana Moravcik treated at the above facility.  A representative of the facility may be called to testify regarding Adriana Moravcik's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

37.     Kathi Nagler, Ph.D.
        31 Merrick Avenue
        Merrick, NY 11566

Adriana Moravcik treated at the above facility.  A representative of the facility may be called to testify regarding Adriana Moravcik's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

38.     Rob Lancer, Psy.D.
        310 East Shore Drive
        Great Neck, NY 11801

Adriana Moravcik treated at the above facility.  A representative of the facility may be called to testify regarding Adriana Moravcik's pre and/or post-injury status, the effect of her injuries on her health, her symptoms, her observations of the circumstances and medical treatment following the injury causing the event including but not limited to diagnosis, causation, treatment, prognosis and future care.

## II.     DOCUMENTS AND THINGS

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(B), Plaintiffs identify the following categories and location of documents, electronically store information or tangible things that it may rely on as support for its prosecution in this case.  Plaintiffs reserve the right to supplement, amend and otherwise modify this list after further discovery and investigation, and may rely upon additional materials.

1.      Incident Report(s) prepared by US Airways

2.      Pictures of Lucy Mayorga

3.      Pictures of Adriana Moravcik

4.      Medical Records of Lucy Mayorga

5.      Medical Records of Adriana Moravcik

6.      Peer Reviewed Articles

7.      Government Reports

8.      Service Difficulty Report

9.      Copy of birth certificate for Lucy Mayorga

10.     Copy of driver's license for Lucy Mayorga

11.     Copy of passport picture for Lucy Mayorga

12.     Social Security Earnings Records for Lucy Mayorga

13.     Income Tax Returns for Lucy Mayorga

14.     Copy of marriage certificate for Adriana Moravcik

15.     Copy of birth certificate for Adriana Moravcik

16.     Social Security Records for Adriana Moravcik

17.     Income Tax Returns for Adriana Moravcik

18.     Non-Peer Reviewed Articles

19.     Industry Articles Describing Sensors and Filters

20.     Toxicological Findings and Reports on Synthetic Aircraft Engine Oils

**III.      COMPUTATION OF DAMAGES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), Plaintiffs state that they intend to retain an expert to calculate damages.  A complete computation of damages and the materials on which each computation is based will be supplemented.

**IV.      INSURANCE AGREEMENTS**

Plaintiffs defer to Defendant to identify any of its insurance agreements.

## V.     INCORPORATION BY REFERENCE

Plaintiffs refer to and incorporate by reference all individuals identified in Defendant's Initial Disclosures.

## VI.    RESERVED RIGHTS

Plaintiffs reserve the right to supplement the disclosures set forth herein, including the identification of individuals, identification of additional documents and materials and computation of damages, if such information comes to its attention through further investigation, discovery or otherwise.

Dated this 31st day of March, 2010.

Respectfully submitted,


s/THEODORE J. LEOPOLD
THEODORE J. LEOPOLD (Fl. Bar No.: 705607)
Email:  tleopold@leopoldkuvin.com
Leopold~Kuvin, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone:  (561) 515-1400
Facsimile:   (561) 515-1401
Attorneys for Plaintiffs

Michael Withey, Esq.
mike@witheylaw.com
Law Offices of Michael Withey
601 Union Street, Suite 4200
Seattle, WA 98101
Phone: (206) 405-1800
Fax: (866) 793-7216

Alisa Brodkowitz, Esq.
alisa@brodkowitzlaw.com
Brodkowitz Law
81 Vine Street, Suite 202
Seattle, WA 98121
Phone: (206) 838-7531
Fax: (206) 838-7532

Leslie A. Brueckner, Esq.
lbrueckner@publicjustice.net
Melanie Hirsch, Esq.
mhirsch@publicjustice.net
Public Justice, PC
555 Twelfth Street, Suite 1620
Oakland, CA 94607
Phone: (510) 622-8205
Fax: (510) 622-8155

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2010, I electronically filed the foregoing Plaintiff's Rule 26(a)(1) Initial Disclosure with the Clerk of the using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

Alvin F. Lindsay, Esq.
AFLindsay@hhlaw.com
Attorney For: Airbus
Hogan & Hartson, LLP
1111 Brickell Avenue, Suite 1900
Miami, FL  33131
Phone: (305) 459-6633
Fax: (305) 459-6550

Thad T. Dameris, Esq.
TDameris@hhlaw.com
Attorney For: Airbus
Hogan & Hartson, LLP
700 Louisiana Street, Suite 4300
Houston, TX  77002
Phone: (713) 632-1400
Fax: (713) 583-6297

Respectfully submitted,

s/THEODORE J. LEOPOLD
THEODORE J. LEOPOLD (Fl. Bar No.: 705607)
Email:  tleopold@leopoldkuvin.com
Leopold~Kuvin, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone:  (561) 515-1400
Facsimile:   (561) 515-1401
Attorneys for Plaintiffs