UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-61596-CIV-COHN/SELTZER

LUCY MAYORGA, Individually, ADRIANA
MORAVCIK and MILAN MORAVCIK, Individually,
and as husband and wife,

        Plaintiffs,

vs.

AIRBUS S.A.S., a foreign corporation, and AIRBUS
INDUSTRIE G.I.E., a foreign corporation,

        Defendants.

_____/

## **ORDER**

This cause is before the Court upon the parties' Joint Stipulation for Dismissal. The Court has carefully reviewed the stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the above-styled cause is **DISMISSED**. The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_\_\_ of May, 2010.

_____
JAMES I. COHN
United States District Judge